255 So.2d 357

**STATE of Louisiana ex rel. Herbert Lee SIMS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51974.**

Dec. 20, 1971.

In re: Herbert Lee Sims applying for writ of habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

255 So.2d 357

**STATE of Louisiana ex rel. Lawrence Louis BROWN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51998.**

Dec. 20, 1971.

In re: Lawrence Louis Brown applying for writ of habeas corpus.

Application denied; the application does not warrant the exercise of our supervisory jurisdiction.

255 So.2d 357

**STATE of Louisiana ex rel. Welton BROWN**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51985.**

Dec. 20, 1971.

In re: Welton Brown applying for writ of habeas corpus.

Application denied for the reasons expressed by the trial judge.